UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<span>LEXANDRIA</span> M<span>C</span>E<span>LHANNON</span>,

      Plaintiff,

v.

C<span>OMMISSIONER OF</span> S<span>OCIAL</span> S<span>ECURITY</span>,

      Defendant.

Case No. 16-13546

S<span>ENIOR</span> U.S. D<span>ISTRICT</span> J<span>UDGE</span>
A<span>RTHUR</span> J. T<span>ARNOW</span>

U.S. M<span>AGISTRATE</span> J<span>UDGE</span>
P<span>ATRICIA</span> T. M<span>ORRIS</span>

**O<span>RDER</span> A<span>DOPTING</span> R<span>EPORT AND</span> R<span>ECOMMENDATION</span> [21]; D<span>ENYING</span> P<span>LAINTIFF</span>'<span>S</span> M<span>OTION FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [18]; <span>AND</span> G<span>RANTING</span> D<span>EFENDANT</span>'<span>S</span> M<span>OTION FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [19]**

Plaintiff, Alexandria McElhannon, seeks judicial review of an Administrative Law Judge's denial of her application for Supplemental Security Income Benefits. On July 27, 2017, the Magistrate Judge issued a Report and Recommendation ("R&R") [21] on the parties' motions for summary judgment [18, 19]. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [21] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [18] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [19] is **GRANTED**.

**SO ORDERED**.

                                             s/Arthur J. Tarnow
                                             Arthur J. Tarnow
Dated: October 31, 2017            Senior United States District Judge